UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE RODRIGUEZ,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO et al.,<br><br>  Defendants. | Case No.: 3:19-cv-424-L-MDD<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION; (2) DISMISSING ACTION WITH PREJUDICE; AND (3) AWARDING COSTS AND ATTORNEYS' FEES** |

Pending before the Court in this action alleging excessive force by San Diego County Sheriff's Deputies is a Report and Recommendation ("R&R") issued by Magistrate Mitchell D. Dembin (doc. no. 31), recommending to grant is Defendants' motion for terminating sanctions, or in the alternative, evidentiary sanctions (doc. no. 24). Defendants' motion is based on Plaintiff's repeated failure to appear for deposition over the course of six months, failure to respond to written discovery, and failure to pay monetary sanctions.  No objections have been filed to the R&R.

A district judge "may accept, reject, or modify the recommended disposition" on a dispositive matter prepared by a magistrate judge proceeding without the consent of the parties for all purposes. Fed. R. Civ. P. 72(b)(3); *see* 28 U.S.C. § 636(b)(1). "[T]he court shall make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). When no objections are filed, the de

novo review is waived.  Section 636(b)(1) does not require review by the district court under a lesser standard.  *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).  The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise."  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original).

In the absence of objections, the Court adopts the R&R.  Accordingly, Defendant's Motion for Terminating Sanctions; or in the Alternative, Evidentiary Sanctions (doc. no. 24) is granted.  This action is dismissed with prejudice.  Plaintiff shall pay Defendants costs and attorneys' fees in the sum of $7,687.70.

**IT IS SO ORDERED**.

Dated:  September 2, 2020

_____
Hon. M. James Lorenz
United States District Judge